UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ROBERT WALSH,

    Petitioner,

v.

JAMES DZURENDA, et al.,

    Respondents.

Case No. 2:18-cv-01427-GMN-CWH

ORDER

    In June 2019, this court granted in part respondents' motion to dismiss several grounds in Robert Walsh's pro se 28 U.S.C. § 2254 habeas corpus petition (ECF No. 25). Walsh has now filed a motion for appointment of counsel (ECF No. 30).

    There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir.1993). The decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir.1986), cert. denied, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), cert. denied, 469 U.S. 838 (1984). However, counsel must be appointed if the complexities of the case are such that denial of counsel would amount to a denial of due process, and where the petitioner is a person of such limited education as to be incapable of fairly presenting his claims. *See Chaney*, 801 F.2d at 1196; *see also Hawkins v. Bennett*, 423 F.2d 948 (8th Cir.1970). Here, Walsh was convicted of trafficking in a controlled substance, adjudicated a habitual criminal, and sentenced to life in prison without the possibility of

parole. While his petition appears to present his claims in a reasonably clear manner, in order to ensure due process, the court grants Walsh's motion for counsel.

**IT IS THEREFORE ORDERED** that petitioner's motion for appointment of counsel (ECF No. 30) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Clerk electronically serve the FPD a copy of this order, together with a copy of the petition for writ of habeas corpus (ECF No. 1).

**IT IS FURTHER ORDERED** that the FPD has **30 days** from the date of entry of this order to file a notice of appearance or to indicate to the court its inability to represent petitioner in these proceedings.

**IT IS FURTHER ORDERED** that after counsel has appeared for petitioner in this case, the court will issue a scheduling order, which will, among other things, set a deadline for the filing of an amended petition, if any.

DATED: 17 April 2020.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE