**Jointly Submitted**

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Robert Walsh,<br><br>        Petitioner,<br><br>    v.<br><br>James Dzurenda, *et al.*<br><br>        Respondents. | Case No. 2:18-cv-01427-GMN-DJA<br><br>**Stipulation and Order Granting Petitioner Leave to File Second Amended § 2254 Petition** |

Petitioner Robert Walsh and Respondents Dzurenda, et al., (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

    1.    The Parties stipulate and agree that Petitioner may, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, file the Second Amended § 2254 Petition attached hereto as Exhibit A. Petitioner shall file the Second Amended § 2254 Petition within five days of the Court's approval of this stipulation.

    2.    Respondents do not waive any procedural defenses that they can assert against the Second Amended § 2254 Petition.

    3.    Respondents withdraw their previously filed motion for an extension of time to respond to Petitioner's first Amended § 2254 Petition (ECF No. 37). Upon Petitioner filing the Second Amended § 2254 Petition, the Parties stipulate and agree that Respondents shall file a response within 60 days.

    Respectfully Submitted,

| | |
|---|---|
| Dated October 5, 2020. | Dated October 5, 2020. |
| */s/Ron Sung* | */s/ Michael Bongard* |
| RON SUNG<br>Assistant Federal Public Defender<br>Nevada State Bar No. 13047 | MICHAEL J. BONGARD<br>Senior Deputy Attorney General<br>Nevada State Bar No. 7997 |

## **ORDER**

Based on the written stipulation of the parties and good cause appearing in support thereof, Petitioner Robert Walsh may file an amended petition in the form of the Second Amended § 2254 Petition attached hereto as Exhibit A within five (5) days of the filing of this Order. Upon Petitioner filing the Second Amended § 2254 Petition, Respondents shall file a response within 60 days.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: October 12, 2020

2