UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT WALSH,<br><br>　　　　　　　　Petitioner,<br><br>v.<br><br>JAMES DZURENDA,<br><br>　　　　　　　　Respondent. | Case No. 2:18-cv-01427-GMN-DJA<br><br>**ORDER GRANTING<br>MOTIONS FOR EXTENSION<br>OF TIME AND TO WAIVE<br>COMPLIANCE WITH LOCAL RULE**<br><br>**[ECF Nos. 69, 70]** |

　　　　This matter comes before this Court on Respondents' Motion for a 60-Day Extension of Time to file their response to Petitioner Robert Walsh's Third-Amended Petition. (ECF No. 69.) This is Respondents' first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

　　　　This matter is also before this Court on Respondents' Motion to Waive Compliance with Local Rule for Special Proceedings and Appeals ("LSR") 3-3(c). (ECF No. 70.) In this Motion, Respondents seek leave to file the entire state court record, including the approximately 73 previously filed exhibits, to provide a more cohesive and manageable single index that the parties and this Court can rely upon. (*Id*.) LSR 3-3(c) provides that "the petitioner need not re-file his/her exhibits, but may refer to exhibits filed previously in the case" because "[t]he court disfavors the filing of duplicate exhibits." Given that three previous indices of exhibits have been filed in this case, each containing varying portions of the state court record, the Court finds that good cause exists to grant Respondents' Motion, as a comprehensive and chronological Index of Exhibits will benefit the Court.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 69) is **GRANTED**. Respondents have up to and including February 23, 2026, to file their response.

It is further Ordered that the Motion to Waive Compliance with LSR 3-3(c) (ECF No. 70) is **GRANTED**. Respondents are permitted to file a comprehensive Index of Exhibits.

Dated:   December 29, 2025

_____
Gloria M. Navarro, Judge
United States District Court