**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WALSH,<br><br>Petitioner,<br><br>v.<br><br>NETHANJAH BREITENBACH,<br><br>Respondent. | Case No. 2:18-cv-01427-GMN-DJA<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 90]** |

This matter comes before this Court on Respondent's Unopposed Motion for a 46-Day Extension of Time to file her Answer to Petitioner Robert Walsh's Third-Amended Petition. (ECF No. 90.) This is Respondent's second request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 90) is **GRANTED**. Respondent has up to and including September 21, 2026, to file her Answer.

Dated: August 6, 2026

Gloria M. Navarro, Judge
United States District Court