**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT WALSH,<br>Petitioner,<br>v.<br>NETHANJAH BREITENBACH,<br>Respondent. | Case No. 2:18-cv-01427-GMN-DJA<br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br>**[ECF No. 95]** |

This matter comes before this Court on Petitioner Robert Walsh's Unopposed Motion for a 61-Day Extension of Time to file his Reply to the Third-Amended Petition. (ECF No. 95.) This is Walsh's first request for an extension of this deadline. This Court finds that good cause exists to grant the Motion.

It is therefore Ordered that the Motion for Extension of Time (ECF No. 95) is **GRANTED**. Walsh has up to and including December 28, 2026, to file his Reply.

Dated: October 30, 2026

Gloria M. Navarro, Judge
United States District Court